JS6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERWIN COLEMAN,<br><br>  Plaintiff,<br><br>  v.<br><br>TRANSDEV SERVICES INC., a Maryland corporation; and DOES 1 through 50, inclusive,<br><br>  Defendants. | Case No. 2:22−cv−09304-RGK-PD<br><br>**ORDER OF DISMISSAL [25]** |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), it is ORDERED that this action be DISMISSED WITH PRJEUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorneys' fees and costs. The Clerk is directed to close this case.

Dated: June 29, 2023

_____
Honorable R. Gary Klausner

HUSCH BLACKWELL LLP
355 South Grand, Suite 2850, Los Angeles, CA 90071
(213) 337-6550